UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ahmed Osman,                                      Civil 06-892 JRT/FLN

      Petitioner,

      v.                                         REPORT & RECOMMENDATION

Field Director Scott Baniecke, BICE,

      Respondent.

_____

      In response to this Court's Order to Show Cause dated March 7, 2006, the government has released the petitioner and has filed a Notice of Release and Request to Dismiss Petition for Habeas Corpus. Counsel for petitioner concurs that this petition is now moot. Therefore, IT IS HEREBY RECOMMENDED that the petition for writ of habeas corpus be denied as moot.

DATED: April 3, 2006.                          s/ *Franklin L. Noel*
                                                                    FRANKLIN L. NOEL
                                                                    United States Magistrate Judge

Pursuant to the Local Rules, any party may object to this Report and Recommendation by filing with the Clerk of Court and serving on all parties, on or before **April 20, 2006**, written objections which specifically identify the portions of the proposed findings or recommendations to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under the rules shall be limited to 3500 words. A judge shall make a de novo determination of those portions to which objection is made.

This Report and Recommendation does not constitute an order or judgment of the District Court, and it is, therefore, not appealable to the Circuit Court of Appeals.