# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

AHMED OSMAN,                          Civil 06-892 (JRT/FLN)

     Petitioner,

     v.                                    O R D E R

FIELD DIRECTOR SCOTT BANIECKE,
BICE,

     Respondent.

_____

VIRGINIA VILLA, **OFFICE OF THE FEDERAL PUBLIC DEFENDER**, 107 United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota 55415 for petitioner.

JOAN HUMES, **OFFICE OF THE UNITED STATES ATTORNEY**, 600 United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota 55415, for respondent.

     Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 3, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

     **IT IS HEREBY ORDERED** that the petition for writ of habeas corpus [Docket No. 1] is DENIED as moot.

     **LET JUDGMENT BE ENTERED ACCORDINGLY**.


DATED: April 24, 2006                     s/John R. Tunheim
at Minneapolis, Minnesota            JOHN R. TUNHEIM
                                       United States District Judge